FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney General
was received by me on *(date)* 11/10/26 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: Certified mail .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11/17/26

Jamie John
*Server's signature*

Jamie John, Assistant Director of Development
*Printed name and title*

1629 K street NW, Suite 600 Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

**Attorney General: 9589 0710 5270 3913 9586 32**

Tracking Number:

**9589071052703913958632**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:40 am on November 17, 2026 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
November 17, 2026 4:40 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
November 16, 2026 11:48 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
November 16, 2026 10:24 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 11, 2026 10:48 AM

**Arrived at USPS Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
November 10, 2026 7:36 PM

**Departed Post Office**
WASHINGTON, DC 20036
November 10, 2026 5:12 PM

**USPS in possession of item**
WASHINGTON, DC 20036
November 10, 2026 11:44 AM

Hide Tracking History

9589 0710 5270 3913 9586 32

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery $0.00

Postage $3.14

Total Postage and Fees $13.34

Postmark Here: WASHINGTON SQUARE STATION NOV 10 2026 WASHINGTON DC 20036

Sent To: U.S. Attorney General (03945)
Street and Apt. No., or PO Box No.: 950 Penn. Ave, NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1846 5201 86

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $0.00

Postage $3.14

Total Postage and Fees $13.34

Postmark Here: WASHINGTON SQUARE STATION NOV 10 2026 WASHINGTON DC 20036

Sent To: US Attorney for DC (03945)
Street and Apt. No., or PO Box No.: 555 4th Street, NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1846 5201 24

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20529

Certified Mail Fee $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $3.14

Total Postage and Fees $13.34

Postmark Here: WASHINGTON SQUARE STATION NOV 10 2026 WASHINGTON DC 20036 11/10/2026

Sent To: USCIS Office of Chief Counsel
Street and Apt. No., or PO Box No.: 20 Mass Ave, NW, Room 4210
City, State, ZIP+4®: Washington, DC 20529 (03945)

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions